# United States Court of Appeals

### For the Eighth Circuit

_____

## No. 13-2741

_____

Rodolfo Gastelum-Flores

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: June 3, 2014
Filed: June 10, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Rodolfo Gastelum-Flores, a native and citizen of Mexico, petitions for review of an immigration judge's order concurring with a Department of Homeland Security asylum officer's adverse reasonable-fear determination, and reinstating a prior removal order against him. After careful consideration of the petition, we find no

basis for reversal.  Accordingly, the petition for review is denied.  <u>See</u> 8th Cir. R. 47B.

_____